UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-23284-CIV-GOLD/McALILEY

CLAUDIO A. CASTILLO,

    Plaintiff,

vs.

KENNETH Y. TOMLINSON, Chairperson,
United States Broadcasting Board of Governors,

    Defendant.
_____/

## ORDER RESETTING PRETRIAL CONFERENCE DATE

This Cause came before the Court *sua sponte*. The Court having determined that a conflict exists with the Court's calendar, it is hereby

ORDERED AND ADJUDGED:

1. The Pretrial Conference is rescheduled to **Friday, September 19, 2008 at 9:00 a.m.** This case remains scheduled for trial during the two-week trial period beginning **October 14, 2008.**

2. In light of my Order on Defendant's Motion for Summary Judgment, additional motions in limine and a revised Pretrial Stipulation, if necessary, shall be filed by **September 5, 2008**.

3. All requirements in the Court's previous Scheduling Order, not revised herein, or by court order, shall remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of July, 2008.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Chris M. McAliley
    Counsel of record